UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD LEE KINNAMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. HAMILTON, et al.,<br><br>　　　　Defendant. | Case No.: 1:13-cv-00040 – JLT (PC)<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER<br><br>(Doc. 9). |

　　　　Plaintiff Todd Lee Kinnamon ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On April 19, 2013, the Court dismissed Plaintiff's first amended complaint, (Doc. 6), and granted Plaintiff 21 days to amend his complaint. (Doc. 9).  More than 21 days have passed and Plaintiff has failed to amend his complaint or otherwise respond to the Court's order.

　　　　The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. Thompson v. Housing Authority of Los Angeles, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute

1

an action or failure to obey a court order, or failure to comply with local rules. *See, e.g*. Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); Malone v. U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); Henderson v. Duncan, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Plaintiff is advised that this will be the Court's **FINAL** order for Plaintiff to file an amended complaint or otherwise respond to the April 19, 2013, order. Should Plaintiff fail to comply with this order, the matter will be dismissed. Accordingly, Plaintiff is **ORDERED** to show cause within **14 days** of the date of service of this Order as to why the action should not be dismissed for his failure comply with the Court's order. In the alternative, Plaintiff may file an amended complaint.

IT IS SO ORDERED.

Dated:   **May 16, 2013**              /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE